UNITED STATES DISTRICT COURT

IN THE EASTERN DISTRICT-SOUTHERN DIVISION OF MICHIGAN

Patrick Leak,

    Plaintiff,

-vs-

C/O "Unknown" Page,

    Defendant,

_____/

Case: 2:25-cv-13782
Assigned To : Berg, Terrence G.
Referral Judge: Grand, David R.
Assign. Date : 11/25/2025
Description: PRIS LEAK v. C/O "UNKNOWN" PAGE (MC)

JURY DEMAND

## CIVIL ACTION BY A STATE PRISONER

## UNDER 42 USC §1983

### PARTIES

1). Plaintiff Patrick Leak No. 535513 is a State Prisoner currently housed at the Thumb Correctional Facility 3225 John Conley Dr. Lapeer, MI 48446.

2). DEFENDANT Corrections Officer (C/O) "unknown" Page is employed by the Michigan Dept. of Corrections (MDOC) and is assigned to Thumb Correctional Facility (TCF) 3225 John Conley Dr. Lapeer, MI 48446.

### JURISDICTION

This Honorable Court has jurisdiction under Title 28 USC §1331, and supplemental jurisdiction to resolve State Law claims under 28 USC §1367.

### VENUE

The entire basis for the claim occurred at TCF assigning this claim under the Eastern District-Southern Division of Michigan, Title 28 USC §1391(b).

-1-


POOR QUALITY ORIGINAL



## STATE OF MICHIGAN
## DEPARTMENT OF CORRECTIONS
## LANSING

GRETCHEN WHITMER
GOVERNOR

HEIDI E. WASHINGTON
DIRECTOR

### STEP III GRIEVANCE DECISION

Rec #:   159145

17I

| | | |
|---|---|---|
| To Prisoner: | Leak | #: 535513 |
| Current Facility: | TCF | |
| Grievance Identifier: | TCF-25-07-0582-17I | |
| Step III Received: | 8/15/2025 | |

Your Step III appeal has been reviewed and considered by the Grievance Section of the Bureau of Legal Affairs in accordance with PD 03.02.130, "Prisoner/Parolee Grievances". Upon examination it has been determined that your issue was in fact considered, investigated, and a proper decision was rendered.

**THE STEP III APPEAL IS DENIED.**

THIS DECISION CANNOT BE APPEALED WITHIN THE DEPARTMENT.

S. Lockhart

*SL*
_____   Date Mailed:   9/15/2025
**Grievance Section Manager**
**Bureau of Legal Affairs**

cc:  Facility:  TCF

## CLAIMS OF ACTION

Defendant Page violated my U.S. Const. Am. Right VIII to Humane Treatment and Living Conditions and was deliberately Indifferent to a serious medical need. Plaintiff is seeking a written rule that allows diabetics a one (1) hour bathroom break during emergency count sessions per Administrative Code §R791.714-718. Further, defendant Page was grossly negligent in violation of the Government Tort Liability Act (GTLA) MCL §691.1407(8) and should be held personally responsible.

## RELIEF REQUESTED

A). PLAINTIFF IS SEEKING PUNITIVE, COMPENSATORY AND DECLARATORY DAMAGES IN EXCESS OF TWENTY FIVE THOUSAND DOLLARS ($25,000.00), AND

B). PLAINTIFF IS SEEKING A WRITTEN RULE FOR EMERGENCY COUNT BATHROOM USE TO BE POSTED AVAILABLE IN ALL MDOC FACILITIES, AND

C). ANY OTHER APPLICABLE RELIEF TO MAINTAIN A SOUND JUDICIAL SYSTEM.

I, Patrick Leak swear under penalty of perjury the foregoing is true and correct, Title 28 USC §1746.

So Sworn, *Patrick Leak #535513*
Patrick Leak 535513 pro se
Parnall Corr. Fac.
1780 East Parnall RD.
Jackson MI, 49201

DATED: Nov, 19, 2025

## CERTIFICATE OF MAILING

I, Patrick Leak swear under penalty of perjury that on Nov, 19, 2025 I sent one (1) original copy of "Prisoner Civil Action under 42 USC §1983" by MDOC Expedited Legal Mail, U.S. Mail postage fully prepaid to: U.S. District Court, ATTN: Clerk, 231 Lafayette, Detroit, MI 48226.

Sworn & Submitted, *Patrick Leak*
Patrick Leak-Affiant
Parnall Corr. Fac.
1780 East Parnall RD
Jackson MI, 49201

-3-

## SWORN STATEMENT OF FACTS

Plaintiff is a level II prisoner at TCF. Level II facilities as a general rule do NOT have toilets in the room, but a communal bathroom for each wing. On July 14, 2025 an emergency count was called and, per custody orders, my cell door was "toplocked" at 2:38 PM by the unit Officer, C/O "unknown" Page. Per "unwritten" agreement, especially with diabetics that take medication that creates frequent urination, a "bathroom" break is given within one hour whether the emergency count has completed or not.

At 3:30 PM and again at 3:52 PM I requested a bathroom break from C/O Page and was denied. Page allowed BB-43 nearby a bathroom break, but again refused me. Finally I could hold it no longer and urinated in my pants at 4:52 PM, close to 2½ hours later. I take diabetic medications metformin, and glucose tablets which increase urination. This caused me significant pain, discomfort and embarassment. I also requested the body camera footage on this date of C/O Page's camera per P.D. 04.04.160 on a CSJ-881 and was denied. I have three witness statements that the Sergeant I requested obtain and save the Body Camera Footage tossed the request in the health care box at TCF Dining Hall. I again requested the Body Camera within 18 hours per P.D. 04.04.160 on 7/15/25 on a CSJ-881 at 6:23 PM to Sgt. Reukenbrod. No action was taken.

On July 24, 2025 I was interviewed on the grievance in this matter #TCF-25-07-0582-17I and was told that C/O Page is new an improperly trained due to officer shortage and steps would be taken to ensure this did not reoccur. I am instead, seeking legal intervention to provide WRITTEN RULES under Admin Code SR791.714, that all officers must follow to prevent a further violation of my U.S. Const. Am. Right VIII deliberate Indifference and Humane Treatment & Living Conditions, and companion State Law claims.

## CERTIFICATE OF MAILING

Case No. 25-cv-_____

I, Patrick Leak swear under penalty of perjury that on ___Nov___, _19_, 2025 I mailed one (1) original copy of:

"Motion to Proceed Informa Pauperis w/6 mo. acct"

&

"Prisoner complaint under 42 USC §1983"

By US Mail postage prepaid to: US District Court, ATTN: Clerk, 231 W. Lafayette Ave. Detroit, MI 48446.

Sworn & Submitted,

_Patrick Leak #535513_

Patrick Leak 535513 pro se
Parnall Corr. Fac.
1780 East Parnall RD.
Jackson MI, 49201

PatrickLeak 535513                    Nov, 19, 2025


US District Court
ATTN: Clerk
231 W. Lafayette Ave.
Detroit, MI 48226

RE: <u>NEW ACTION-Leak v Page</u>, E.Dist.25-cv-_____

Clerk;

     Enclosed for filing please find one copy of:

1). Motion to proceed Informa Pauperis w/6 mo. acct., and

2). Prisoner complaint under 42 USC §1983., and

3). Certificate of Mailing.

Thank you in advance for your assistance.

                            Sworn & Submitted,  /s/ Patrick Leak
                                         P. Leak 535513 in pro se

cc: File/PL

Patrick Leak #535513
Parnall Corr Fac
1780 East Parnall RD.
Jackson MI, 49201

US Dist Court
231 W. Lafayette Ave.
Detroit MI, 48226

RECEIVED
NOV 25 2025
CLERK'S OFFICE
U.S. DISTRICT COURT

U.S. MARSHALS